McKenna, J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/16/09

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
STRICTLY RHYTHM RECORDS, INC.,          )
                                         )
                    Plaintiff,          )   09-CIV-8127 (LMM)
                                         )
        - v -                            )   STIPULATION AND ORDER
                                         )   FOR EXTENSION OF TIME
ZYX MUSIC DISTRIBUTION LTD,             )   TO ANSWER COMPLAINT
                                         )
                    Defendant.          )
----------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the time in which Defendant ZYX MUSIC DISTRIBUTION LTD ("ZYX Music") may answer, move, or otherwise respond to the Complaint, is hereby extended through November 5, 2009. The complaint was served on ZYX Music on September 25, 2009. The original response date is October 15, 2009.

No previous requests for an extension of time were made.

IT IS FURTHER AGREED that this document may be signed in counterparts, and signatures transmitted by fax or e-mail shall be deemed originals for purposes of this Stipulation.

Dated: New York, New York
       October 14, 2009

_____              _____
Jura Zibas, Esq. (JZ8970)                Christopher R. Whent, Esq. (CW5599)
LEWIS BRISBOIS BISGAARD & SMITH, LLP     Law Offices of Christopher R. Whent
199 Water Street, 25th Floor             Tel: (212) 683-5320
New York, New York 10038                 Fax: (212) 686-2182
Tel: (212) 232-1300
Fax: (212) 232-1399                      _____
                                         Clifford James, Esq. (CJ5037)
*Attorneys for Defendant*                Law Offices of Clifford James
ZYX Music Distribution Ltd               Tel: (212) 532-6333
                                         Fax: (212) 686-2182

                                         *Attorneys for Plaintiff*
SO ORDERED:                              Strictly Rhythm Records, Inc.
                                         270 Madison Avenue, Suite 1410
_____ 10/16/09               New York, New York 10016
U.S.D.J.

4834-8534-9124.1